

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00480-CV

**NSC ELECTRONICS INC** (Sigmatron International Inc),
Appellant

v.

**VAL VERDE COUNTY APPRAISAL DISTRICT**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0248-CIV
Honorable Roland Andrade, Judge Presiding

PER CURIAM

Sitting:  Patricia O. Alvarez, Justice
Luz Elena Chapa, Justice
Irene Rios, Justice

Delivered and Filed: April 12, 2023

REVERSED AND REMANDED

This case is on appeal from the grant of a plea to the jurisdiction in the trial court. On March 13, 2023, the parties filed a Rule 42.1 Agreed Motion to Render Judgment in Accordance with Settlement Agreement. (The motion ultimately requests a set aside and remand.) The parties request in their joint motion that this court set aside the trial court's ruling without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B); *Cortez v. Cortez*, No. 01-22-00879-CV,

2023 WL 1806100, at *1 (Tex. App.—Houston [1st Dist.] Feb. 7, 2023, no pet. h.) (mem. op.). The parties have agreed to split appellate costs evenly.

We grant the parties' joint motion. We reverse the trial court's June 2, 2022 judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2. We direct the Clerk of this Court to tax costs against the parties evenly.

PER CURIAM